UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ANDREA PHILLIPS, *et al.*,                                              :
:
                Plaintiffs,    :         23 Civ. 2140 (JPC)
:
    -v-                                                               :
:         ORDER
DAVID C. BANKS, *et al.*,                                               :
:
                Defendant.     :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiffs shall serve Defendants with Summons and the Complaint by March 17, 2023, and file proof of such service on the docket no later than March 21, 2023.

      SO ORDERED.

Dated: March 15, 2023
       New York, New York
                                                          JOHN P. CRONAN
                                         United States District Judge