```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDREA PHILLIPS et al.,                                                :
                                                                       :
                               Plaintiffs,                             :
                                                                       :    23 Civ. 2140 (JPC)
         -v-                                                           :
                                                                       :        ORDER
DAVID C BANKS and NEW YORK CITY                                        :
DEPARTMENT OF EDUCATION,                                               :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a hearing to address Plaintiffs' motion for a preliminary injunction, Dkt. 8, on April 20, 2023 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendants shall file an opposition to Plaintiff's motion by April 6, 2023.  Plaintiffs may file a reply by April 13, 2023.

SO ORDERED.

Dated: March 23, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge