```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANDREA PHILLIPS et al.,                                          :
                                                                 :
                              Plaintiffs,                        :
                                                                 :    23 Civ. 2140 (JPC)
              -v-                                                :
                                                                 :            ORDER
DAVID C. BANKS and NEW YORK CITY                                 :
DEPARTMENT OF EDUCATION,                                         :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties should be prepared to address the effect of the Second Circuit's decision in *Mendez v. Banks*, No. 22-2663, 2023 WL 2903360 (2d Cir. Apr. 12, 2023), on Plaintiffs' motion for a preliminary injunction. The parties may submit any supplemental briefing regarding *Mendez* by April 17, 2023.

SO ORDERED.

Dated: April 12, 2023
      New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge