**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREA PHILLIPS *et al.*,

                       Plaintiff,

                **ORDER**

        -against-

              **23-cv-02140 (JPC) (JW)**

David C Banks, *in his official capacity*
*as Chancellor of New York City Department*
*of Education*

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 18, 2023, the Court held a telephone conference.

At the conference, the Parties discussed outstanding issues in dispute, including whether travel records are a prerequisite to reimbursement and whether certain payments to some of the student-Plaintiffs have been fully processed.

First, as discussed more fully on the record, the Parties agreed to submit a joint letter by **August 4, 2023**, detailing their progress in resolving the current disputes. In that letter, the Parties may provide their theories on the correct posture for resolving the pending disputes, whether via a motion for summary judgment, motion to enforce a subpoena, motion to compel, or other motion.

Second, the Parties shall confer on a discovery plan and **file the case management plan template from the Court's website by Friday, August 4, 2023**. The template includes a section on "Anticipated Motions", and the Parties should detail in that section whether they intend to file any anticipated motions for summary judgment, any anticipated subpoenas, motions to compel, or any motions to quash, along with a proposed timeline for briefing such motions.

Third, the Department of Education shall request a transcript of the July 18 conference and provide a copy to the Court.

SO ORDERED.

DATED:   New York, New York
         July 19, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge