**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREA PHILLIPS *et al.*,

                              Plaintiff,

             -against-

David C Banks, *in his official capacity as Chancellor of New York City Department of Education*

                             Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-cv-02140 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

By **April 9th**, the Parties shall file a joint letter updating the Court on the current status of the case. The letter shall be limited to six total pages, double spaced. Should the Parties disagree on any aspect of the letter, they may provide separate sections detailing their respective positions.

SO ORDERED.

DATED:   New York, New York
               April 2, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge