UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREA PHILLIPS *et al.*,

                                 Plaintiff,

                -against-

David C Banks, *in his official capacity
as Chancellor of New York City Department
of Education*

                                Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-cv-02140 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      In two previous Orders, the Court directed the Parties to submit a Rule 26(f) conference and proposed case management plan using the template from the Court's website: https://nysd.uscourts.gov/hon-jennifer-e-willis. Dkt. Nos. 32 and 36. The Parties shall submit a proposed case management plan **by Friday April 19th**.

      Additionally, in a separate filing, the Parties shall submit a joint letter clarifying whether any discovery is required prior to briefing summary judgment motions. If no further discovery is required, the Parties shall propose a summary judgment briefing schedule. **That letter is also due by the 19th.**

      SO ORDERED.

DATED:    New York, New York
              April 16, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge