UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ANDREA PHILLIPS, *et al.*,                                              :
                                                                        :
                              Plaintiffs,                               :
                                                                        :
                -v-                                                     :          23 Civ. 2140 (JPC) (JW)
                                                                        :
MELISSA AVILES-RAMOS and NEW YORK CITY          :                ORDER
DEPARTMENT OF EDUCATION,                                                :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 27, 2025, the Court ordered that "Plaintiffs may file a motion for reasonable attorneys' fees and costs pursuant to a briefing schedule to be set by Judge Willis." Dkt. 75 at 27-28; *see also* Dkt. 80 (denying motion for reconsideration by Plaintiff Maria Hidalgo). Since then, Plaintiffs have not moved for fees and costs. Plaintiffs should advise the Court within one week of this Order if they intend to seek fees and costs, or otherwise the Court will enter judgment and close this case.

SO ORDERED.

Dated:  December 4, 2025
        New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge