UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA PHILLIPS, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>MELISSA AVILES-RAMOS and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendants. | 23 Civ. 2140 (JPC) (JW)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Dkt. 99. Accordingly, this action is dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five days of the date of this Order if the settlement is not consummated. Any application to reopen must be filed by the aforementioned deadline, and any application to reopen filed thereafter may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: November 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge